UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REBECCA E. BLACKWOOD, | * | |
| Plaintiff | * | CIVIL ACTION NO. 2:13-CV-00473 |
| | * | |
| VERSUS | * | SECTION B |
| | * | |
| ROLLING FRITO-LAY SALES, LP, | * | MAGISTRATE (3) |
| LOUIS JOSEPH BREAUX and | * | |
| ACE AMERICAN INSURANCE | * | |
| COMPANY | * | |

*************************************************************************

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, Rebecca E. Blackwood, and defendants, Rolling Frito-Lay Sales, LP, Louis Joseph Breaux and ACE American Insurance Company, through their respective undersigned counsel, and who upon suggesting to the Court that the parties have reached an amicable compromise and resolved their differences, and plaintiff and defendants desire that the above-captioned lawsuit be dismissed with prejudice.

Respectfully submitted:

_____
JEFFREY L. EBRIGHT, ESQ.
**SAN DIEGO INJURY LAW CENTER**
402 W. Broadway, Suite 1910
San Diego, California 92101
Telephone:   (619) 338-8230
Facsimile:   (619) 338-8134
             -and-
PEIRCE A. HAMMOND II, Bar No. 18076
**HAMMOND LAW FIRM**
650 Poydras Street, Suite 1400
New Orleans, Louisiana 70130
Telephone:   (504) 299-3458
Facsimile:   (504) 299-3491
Attorneys for Rebecca E. Blackwood

_____
JOSEPH MASELLI, JR., T.A., Bar No. 9021
CONRAD C. ROLLING, Bar No. 33343
**PLAUCHÉ MASELLI PARKERSON L.L.P.**
One Shell Square
701 Poydras Street, Suite 3800
New Orleans, Louisiana  70139-7915
Telephone:   (504) 582-1142
Facsimile:   (504) 582-1172
Attorneys for Rolling Frito-Lay Sales, LP,
Louis Joseph Breaux and
ACE American Insurance Company

560499_1.WPD

## CERTIFICATE OF SERVICE

I do hereby certify that this ___14___ day of ___April___, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which, if they are subscribed, will send a notice of electronic filing to all counsel of record.

_____
JOSEPH MASELLI, JR., T. A., Bar No. 9021