UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**REBECCA E. BLACKWOOD**         CIVIL ACTION

**VERSUS**                       NO. 13-473

**ROLLING FRITO-LAY SALES LP**   SECTION:"B"(3)

<u>ORDER</u>

Considering the Joint Motion to Dismiss With Prejudice (Rec. Doc. 54),

**IT IS ORDERED** that the Motion is **GRANTED** and this action hereby is **DISMISSED with prejudice** as to all defendants.

New Orleans, Louisiana, this 15th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE